CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6268
jessica.oliva@usdoj.gov

MICHAEL C. LANDMAN (N.Y. Bar No. 5423603)
Trial Attorney
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
150 M Street NE, Room 2.118
Washington, D.C. 20002
Tel: (202) 307-6541
michael.c.landman@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00118-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| GRACIELA RUEDA ALVAREZ, aka "Graciela Masso," | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jessica Oliva, Assistant United States Attorney; Michael Landman, Trial Attorney, United States Department of Justice; and Jason Silver, Esq. and Suzanne Warren Esq., counsel to defendant Graciela Rueda Alvarez, aka Graciela Masso,

that the Sentencing Hearing currently scheduled for September 27, 2021 at 3:00 pm, be vacated and rescheduled to Tuesday, November 9, 2021 at 2:00 pm.

This Stipulation is based on the following:

1. Counsel for the Government is scheduled to start a two-week trial in Reno, Nevada on September 27, 2021, the same date that sentencing is currently scheduled in this case in Las Vegas.

2. The defendant is not in custody and agrees to the continuance.

3. The Court proposed November 9, 2021 at 2:00 pm as an alternative date and time for the sentencing hearing. Counsel for both parties and the defendant are available for a sentencing hearing at this date and time.

4. This is the first request for a continuance of the Sentencing Hearing.

Respectfully submitted this 20th day of July 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/  Jessica Oliva  
JESSICA OLIVA
Assistant United States Attorney

 /s/ Michael C. Landman  
MICHAEL C. LANDMAN
Trial Attorney
Department of Justice, Tax Division

 /s/ Jason M. Silver  
JASON M. SILVER
Attorney for Defendant GRACIELA RUEDA ALVAREZ

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/20/2021