CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6268
jessica.oliva@usdoj.gov

MICHAEL C. LANDMAN (N.Y. Bar No. 5423603)
Trial Attorney
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
150 M Street NE, Room 2.118
Washington, D.C. 20002
Tel: (202) 307-6541
michael.c.landman@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00118-JAD-BNW |
| Plaintiff, | **ORDER FOR PRE-SENTENCE PAYMENT TOWARD RESTITUTION** |
| v. | ECF No. 16 |
| GRACIELA RUEDA ALVAREZ, aka "Graciela Masso," | |
| Defendant. | |

The parties, pursuant to 28 U.S.C. §§ 2041-2042, hereby stipulate to the pre-sentence deposit of funds to be withdrawn and applied toward Defendant Graciela Rueda Alvarez's restitution amount in this matter at the time judgment is entered. The stipulation is based on the following:

1. On June 25, 2021, Defendant Graciela Rueda Alvarez, aka "Graciela Masso" ("Alvarez") was charged by information with one count of making and subscribing a false tax return in violation of 26 U.S.C. § 7206(1). ECF No. 8.

2. On June 25, 2021, pursuant to a written plea agreement and waiver of indictment, Alvarez pled guilty to one count of making and subscribing a false tax return in violation of 26 U.S.C. § 7206(1). ECF No. 10, 13.

3. Pursuant to the Plea Agreement, Alvarez agreed to "surrender assets defendant obtained directly or indirectly as a result of defendant's crimes." ECF No. 10 at 3. Alvarez further agreed "to pay restitution to the Internal Revenue Service ('IRS') in the total amount of $458,728.52, pursuant to 18 U.S.C. § 3663(a)(3)." ECF No. 10 at 4. Alvarez agreed that interest runs from the last date prescribed for payment of the relevant tax liability until the IRS receives payment in full, and that the United States will provide an updated figure that accounts for additional interest accrued at sentencing. ECF No. 10 at 5. As of August 30, 2021, the total amount of restitution, updated to reflect interest through that date, is $464,495.20.

4. The parties have conferred and hereby stipulate to the pre-sentence deposit of restitution funds with the Clerk of Court, to be held until the Judgment is entered in this matter by the Court.

5. The parties seek an order directing the Clerk of Court to accept Alvarez's pre-sentence payments for restitution. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Alvarez until the time of sentencing, which is currently scheduled for September 27, 2021. Further, pursuant to 28 U.S.C. § 2042, the parties request an order that upon the entry of a criminal judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations,

including restitution, imposed against Alvarez in the sequence established in 18 U.S.C. § 3612(c).

6. Alvarez may submit payment by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:21-cr-00118-JAD-BNW" noted on each payment mailed or delivered to:

> Clerk of the Court, District of Nevada
> 333 Las Vegas Boulevard, South
> Room 1334
> Las Vegas, Nevada 89101

WHEREFORE, the parties stipulate for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered, and thereafter applied toward the criminal monetary penalties, including restitution, imposed in this matter as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted this 20th day of July 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/ Jessica Oliva                               /s/ Jason M. Silver
JESSICA OLIVA                              JASON M. SILVER
Assistant United States Attorney       Attorney for Defendant GRACIELA RUEDA ALVAREZ

 /s/ Michael C. Landman
MICHAEL C. LANDMAN
Trial Attorney
Department of Justice, Tax Division

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: 8/6/2021

3